**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Thomas Sims and Raymond Campbell v. Patricia Hill Fitzpatrick and
                         Richard Guion

Appellate case number:   01-13-00176-CV

Trial court case number: 2006-14287

Trial court:             125th District Court of Harris County

     It is ordered that Appellants' Motion for Rehearing is **denied**.

Justice's signature: /s/ Rebeca Huddle _____
                Acting for the Court

Panel consists of:   Chief Justice Radack and Justices Massengale and Huddle

Date: May 15, 2014 _____